UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------X
                                                                      :
OPEN SOCIETY JUSTICE INITIATIVE,                                      :
                                                                      :
                          Plaintiff,                                  :               20-CV-5096 (JMF)
                                                                      :
                -v-                                                   :
                                                                      :
DEPARTMENT OF DEFENSE, et al.,                                        :
                                                                      :
                          Defendants.                                 :
                                                                      :
----------------------------------------------------------------------X
                                                                      :
OPEN SOCIETY JUSTICE INITIATIVE,                                      :
                                                                      :
                          Plaintiff,                                  :               20-CV-6359 (JMF)
                                                                      :
                -v-                                                   :
                                                                      :               ORDER
DEPARTMENT OF HEALTH AND HUMAN                                        :
SERVICES, et al.                                                     :
                                                                      :
                          Defendants.                                 :
                                                                      :
----------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

On July 2, 2020, Plaintiff Open Society Justice Initiative filed a complaint against a set of federal agencies, in 20-CV-5096.  On August 12, 2020, Open Society Justice Initiative filed a similar complaint against another set of federal agencies, in 20-CV-6359.  As of this Order, no motion for consolidation has been filed, but 20-CV-6359 has been accepted by the Court as related to 20-CV-5096, and the cases appear to involve common questions of law and fact.

The Court is inclined to consolidate the cases pursuant to Rule 42 of the Federal Rules of Civil Procedure for all purposes.  Accordingly, the deadline to file the status letter in 20-CV-

5096, *see* ECF No. 27, is EXTENDED to **August 24, 2020**.  The status letter shall be filed jointly by all parties **in both cases** and shall address not only whether a conference is necessary and a proposed briefing schedule for any motion for summary judgment, but also the parties' views regarding whether the Court should consolidate these cases pursuant to Rule 42 or modify the dates, deadlines, or procedures in either.  Unless and until the Court orders otherwise, any other dates and deadlines remain in effect.

      SO ORDERED.

Dated: August 14, 2020
      New York, New York

_____
JESSE M. FURMAN
United States District Judge