UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
:
OPEN SOCIETY JUSTICE INITIATIVE,                   :
:
Plaintiff,                :
:        20-CV-5096 (JMF)
-v-                                :
:        ORDER
DEPARTMENT OF DEFENSE, et al.,                     :
:
Defendant.                :
:
---------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

In light of the parties' joint letter dated November 11, 2020, *see* ECF No. 53, the Court will hold a telephone conference on **November 23, 2020 at 3:15 p.m**.  At least **one business day before the conference**, counsel shall email to the Court the names and telephone numbers of those who will have speaking roles at the conference, and the Court will provide call-in information to those counsel.  All others — counsel who will not have speaking roles and members of the public — may listen to the conference by calling the Court's dedicated conference call line at (888) 363-4749 and using access code 542-1540 followed by the pound (#) key.  The parties are reminded to follow the procedures for teleconferences described in the Court's Emergency Individual Rules and Practices in Light of COVID-19, which are available at https://nysd.uscourts.gov/hon-jesse-m-furman.

In advance of the conference, the parties should confer and be prepared to discuss how the Court should proceed, including whether to set a disclosure schedule and whether the review of certain documents should be prioritized.  In both regards, the parties should consider how the Court handled the dispute in *State of New York et al. v. United States Department of the Treasury et al.*, 19-CV-4024 (JMF).  More broadly, the parties should be prepared to discuss how the proposed processing rates in this case compare to other FOIA actions in this District.

SO ORDERED.

Dated: November 13, 2020
       New York, New York                          _____
                                                   JESSE M. FURMAN
                                                   United States District Judge