UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
     :
OPEN SOCIETY JUSTICE INITIATIVE,     :
     :
     Plaintiff,     :
     :     20-CV-5096 (JMF)
   -v-     :
     :     ORDER
DEPARTMENT OF DEFENSE, et al.,     :
     :
     Defendants.     :
     :
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

    As discussed on the record during today's teleconference:

1. In response to Defendants' letter filed earlier today, ECF No. 58, Plaintiff shall file a letter on or before **December 2, 2020**, not to exceed six single-spaced pages, explaining its position. No reply to Plaintiff's letter will be permitted absent leave of Court.

2. On or before **December 2, 2020**, the parties shall file a joint proposed order (or, in the absence of agreement, competing proposals along with a redline showing the differences between them) memorializing a minimum production plan to which the parties agree, with the understanding that Plaintiff — in its separate filing on the same day — will seek a more accelerated schedule. The proposed order should include, *inter alia*: the processing rate per agency; the date each agency will commence production, if any; what types of documents each agency will prioritize in its production, if appropriate; a process and schedule to keep the Court apprised of the status of production; and a procedure to adjudicate disputes that might arise in the production process. The parties shall email to Chambers a Microsoft Word version of the proposed order(s).

    SO ORDERED.

Dated: November 23, 2020                      _____
       New York, New York                     JESSE M. FURMAN
                                              United States District Judge