UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| OPEN SOCIETY JUSTICE INITIATIVE,<br><br>        Plaintiff,<br><br>v.<br><br>DEPARTMENT OF DEFENSE *et al.*,<br><br>        Defendants. | No. 20 Civ. 5096 (JMF) |
| OPEN SOCIETY JUSTICE INITIATIVE,<br><br>        Plaintiff,<br><br>v.<br><br>DEPARTMENT OF HEALTH AND HUMAN SERVICES *et al.*,<br><br>        Defendants. | No. 20 Civ. 6359 (JMF) |

**Notice and [Proposed] Order for Withdraw of Counsel**

PLEASE TAKE NOTICE that upon the annexed declaration of Joseph Granzotto, and subject to the approval of the Court, Joseph Granzotto hereby withdraws as counsel for Plaintiff Open Society Justice Initiative and shall be removed from the Case Management/Electronic Case Files (CM/ECF) notification list in the above-captioned action. Eric Allan Stone and Mark F. Mendelsohn of Paul, Weiss, Rifkind, Wharton & Garrison LLP will continue to represent Open Society Justice Initiative in this proceeding.

DATED: Washington, D.C.
February 11, 2022

/s/ *Joseph Granzotto*
Joseph Granzotto
2001 K St NW
Washington, D.C. 20006-1047
Telephone: (202) 223-7375
Fax: (202) 315-3053
jgranzotto@paulweiss.com

SO ORDERED:

Jesse M. Furman
United States District Judge

February 14, 2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| OPEN SOCIETY JUSTICE INITIATIVE,<br><br>    Plaintiff,<br><br>v.<br><br>DEPARTMENT OF DEFENSE *et al.*,<br><br>    Defendants. | No. 20 Civ. 5096 (JMF) |
| OPEN SOCIETY JUSTICE INITIATIVE,<br><br>    Plaintiff,<br><br>v.<br><br>DEPARTMENT OF HEALTH AND HUMAN SERVICES *et al.*,<br><br>    Defendants. | No. 20 Civ. 6359 (JMF)<br><br>**DECLARATION OF JOSEPH GRANZOTTO** |

Joseph Granzotto, pursuant to 28 U.S.C. § 1746, declares as follows:

1. I am an attorney at the law firm Paul, Weiss, Rifkind, Wharton & Garrison LLP, counsel for Open Society Justice Initiative in the above-captioned case. I submit this declaration in compliance with Local Rule 1.4 to notify the Court that I am withdrawing as counsel because I am leaving the employ of Paul, Weiss.

2. Eric Allan Stone and Mark F. Mendelsohn of Paul, Weiss will continue to represent Plaintiff Open Society Justice Initiative in this action.

3. My withdraw will not delay the matter or prejudice any party.

4. I am not retaining or charging a lien.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 11, 2022
Washington, D.C.

By: _/s/ Joseph Granzotto_____
Joseph Granzotto

## Certificate of Service

I, Joseph Granzotto, hereby certify that on February 11, 2021, I caused a true and correct copy of the foregoing to be served upon Open Society Justice Initiative via email.

February 11, 2022
Washington, D.C.

By: <u>/s/ Joseph Granzotto</u><br>Joseph Granzotto