UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| OPEN SOCIETY JUSTICE INITIATIVE,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>DEPARTMENT OF DEFENSE *et al.*,<br><br>　　　　　　　　Defendants. | No. 20 Civ. 5096 (JMF) |
| OPEN SOCIETY JUSTICE INITIATIVE,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>DEPARTMENT OF HEALTH AND HUMAN SERVICES *et al.*,<br><br>　　　　　　　　Defendants. | No. 20 Civ. 6359 (JMF) |

**NOTICE AND [~~PROPOSED~~] ORDER FOR WITHDRAWAL OF COUNSEL**

　　　　　PLEASE TAKE NOTICE that upon the annexed declaration of Amrit Singh, and subject to the approval of the Court, Amrit Singh hereby withdraws as counsel for Plaintiff Open Society Justice Initiative and shall be removed from the Case Management/Electronic Case Files (CM/ECF) notification list in the above-captioned matter.  Eric Alan Stone and Mark F. Mendelsohn of Paul, Weiss, Rifkind, Wharton & Garrison LLP and James Goldston and Natasha Arnpriester of Open Society Justice Initiative will continue to represent Open Society Justice Initiative in this proceeding.

Dated:　New York, New York
　　　　　May 25, 2022

OPEN SOCIETY JUSTICE INITIATIVE

By: /s/ Amrit Singh

Application GRANTED.  The Clerk of Court is directed to update the docket accordingly.

224 West 57th Street
New York, New York 10019
(212) 548-0600
amrit.singh@opensocietyfoundations.org

SO ORDERED:

Jesse M. Furman
United States District Judge

May 26, 2022